PUBLISH

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

No. 94-9121
_____

AURELIA DAVIS, as Next Friend
of LaShonda D.,

Plaintiff-Appellant,

versus

MONROE COUNTY BOARD OF EDUCATION, et al.,

Defendants-Appellees.

--------------------------
Appeal from the United States District Court for the
Middle District of Georgia
--------------------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion February 14, 1996, 11th Cir., 1996, ___ F.2d ___)

(August 1, 1996)

Before TJOFLAT, Chief Judge, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES and BARKETT, Circuit Judges.*

B Y   T H E   C O U R T :

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

_____
*Senior U.S. Circuit Judge Albert J. Henderson has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).